CLUETT v. McNEANY. Appeal from the Circuit Court of the United States for the Southern District of New York; No. 175. Argued with No. 174. As this case also turns upon the validity of the same patent the decree of the court below is

*Affirm*

Mr. *S. A. Duncan* and Mr. *J. A. Skilton* for appellants.

Mr. *David Tim* for appellees.

Mr. Justice Blatchford did not sit in this case, and took no part in its decision.